IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERVONTAE M. COX**                                                                                                **PLAINTIFF**
**ADC #158485**

v.                                          Case No: 4:23-CV-00931-LPR-PSH

**DOES**                                                                                                                    **DEFENDANTS**

## ORDER

On October 2, 2023, Plaintiff Jervontae M. Cox, an inmate at the Arkansas Division of Correction's Maximum Security Unit, filed a letter that was docketed as a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] On October 3, 2023, the Court ordered Mr. Cox to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Cox that his failure to comply with the Order would result in the dismissal of his Complaint.[3] Mr. Cox filed a notice on October 17, 2023, indicating he was having trouble completing his *in forma pauperis* paperwork.[4] The Court entered an Order on November 28, 2023, giving Mr. Cox an additional 30 days to either complete the *in forma pauperis* application or pay the filing and administrative fees.[5]

Mr. Cox has not complied with, or otherwise responded to, the Court's November 28 Order, and the time for doing so has expired. Accordingly, Mr. Cox's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*

[4] Notice (Doc. 5).

[5] Order (Doc. 6).

§ 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 9th day of January 2024.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE