# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JERVONTAE M. COX**  **PLAINTIFF**
**ADC #158485**

v.                    Case No: 4:23-CV-00931-LPR-PSH

**DOES**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 9th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE